UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:06-mj-275 KJM
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Tham Senethavysouk, )
)
_____ )
Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tham Senethavysouk Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    $50,000 Unsecured bond co-signed by brother

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) __PTS conditions/supervision__

Issued at __Sacramento, CA__ on __10/17/06__ at __2:57 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge